## Sol D. Golby, Appellee, v. Security Mutual Life Insurance Company of New York, Appellant.

Gen. No. 41,265.

Heard in second division, first district, this court at June term, 1940; opinion filed July 1, 1941. Bobb, Spoerri, Bourland & Harris, for appellant; William L. Bourland and Stanley K. Feinberg, of counsel; Charles P. R. Macaulay, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''